AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: 1:08MJ127A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Paula Marcelli

I certify that I am admitted to practice in this court.

9/16/08
Date

George West 3052
Signature

George J. West
Print Name

Bar Number 3052

One Turks Head Place
Address

Prov RI 02903
City State Zip Code

401 861-9042
Phone Number Fax Number