AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__________ DISTRICT OF __________

UNITED STATES OF AMERICA
V.
Paula Marcelli

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:
1:08-MJ-127A

I, Paula Marcelli, charged in a ☑ complaint ☐ petition pending in this District with [illegible] FBI in violation of Title 18, U.S.C., 1344, 2314,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Paula Marcelli
*Defendant*

9/16/08
*Date*

[signature]
*Counsel for Defendant*